APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Joseph A. Antkowiak
   V.

TaxMasters, et al.

Civil Action
No: 10-03331

DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, TaxMasters, Inc.
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

November 12, 2011
Date

_[signature]_
Signature

Counsel for: Defendant TaxMasters, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a) WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or

   (2) states that there is no such corporation.

 (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.