APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Joseph A. Antkowiak
   V.

TaxMasters, et al.

Civil Action
No: 10-03331

DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑   The nongovernmental corporate party, TM GP Services, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

TaxMasters, Inc.

November 12, 2011
Date          Signature

Counsel for: Defendant TM GP Services, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
   (2)   states that there is no such corporation.

 (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2)   promptly file a supplemental statement if any required information changes.