IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. ANTKOWIAK, on behalf of, himself and all other similarly situated, Plaintiffs | : : : : | Civil Case |
| v. | : : | |
| TAXMASTERS, et al. Defendants | : : | No. 10-3331 |

ORDER

AND NOW, this 17th day of March, 2011, upon consideration of defendants' motion to compel arbitration or in the alternate to dismiss for failure to state a claim (Doc. # 10), and all responses and replies thereto, and following oral argument on January 3, 2011, it is hereby ORDERED that the motion is GRANTED in part and DENIED in part as set forth in the accompanying memorandum.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.