# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOSEPH A. ANTKOWIAK, on behalf of himself and all others similarly situated, | : : : | CIVIL ACTION NO. 2010-cv-3331 (LFS) |
| Plaintiffs, | : : | |
| vs. | : : | ELECTRONICALLY FILED |
| TAXMASTERS, TAXMASTERS, INC. TMIRS ENTERPRISES, LTD., TMGP SERVICES, LLC, TMGP SERVICES, LLC D/B/A TAXMASTERS, PATRICK R. COX and JEFFREY AARON STEINBERG, | : : : : : : : : | |
| Defendants. | : : | |

## DEFENDANTS' MOTION FOR STAY PENDING APPEAL

Defendants TaxMasters, TaxMasters, Inc., TMIRS Enterprises, Ltd., TM GP Services, LLC, Patrick R. Cox, and Jeffrey A. Steinberg (collectively "Defendants"), by and through their undersigned counsel, respectfully request that the instant case be stayed pending the completion of Defendants' appeal pursuant to Section 16 of the Federal Arbitration Act, of this Court's March 17, 2011 Opinion and Order [Dkt. Nos. 39 and 40], denying Defendants' Motion to

Compel Arbitration. The grounds for this motion are set forth in the accompanying memorandum of law, which is incorporated by reference.

Date: April 4, 2011

Respectfully Submitted,

**BLANK ROME LLP**

*/s/ James T. Smith*
JAMES T. SMITH
EVAN H. LECHTMAN
JEFFREY N. ROSENTHAL
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 832-5500
*Attorneys for Defendants*