# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. ANTKOWIAK,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 10-3331 |
| | : | |
| **TAXMASTERS, INC., et al.,** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 13th day of March, 2012, after consideration of the various parties' positions relating to the discoverability of information concerning Plaintiff's financial condition, it is hereby **ORDERED** that the temporal scope of discovery regarding Plaintiff's financial ability to afford arbitration costs should be limited from the time of the incident giving rise to the claim to the time arbitration could have been filed.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.